IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JACQUELINE GENT, on behalf of
JNNG,

      Plaintiff,

vs.                                  CASE NO.: 1:11-cv-189-SPM/CAS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 15) which recommends that the Commissioner's decision to deny Plaintiff's application for Social Security benefits be affirmed. Plaintiff has been afforded an opportunity to file objections, but no objections have been filed. Upon consideration, I have determined that the Report and Recommendation is accurate and should be adopted. Accordingly, it is

    **ORDERED and ADJUDGED**:

    1.    The Magistrate Judge's Report and Recommendation (doc. 15) is **adopted** and incorporated by reference into this order; and

    2.    The Commissioner's decision to deny Plaintiff's application for Social

Security benefits is **affirmed**.

DONE AND ORDERED this 26th day of June, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge